In re STODDARD. (Supreme. Court, Appellate Division, Third Department. November 11, 1908.) In the matter of examination of Seneca H. Stoddard in proceedings supplementary to execution. No opinion. Order denying motion for resettlement affirmed, without costs. See, also, 113 N. Y. Supp. 157.

STONE, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 4, 1908.) Action by Margaret E. Stone, administratrix, etc., against the Lehigh Valley Railroad Company. No opinion. Case reached and passed twice on calendar, and dismissed, without costs, under general rule 39.

STORM, Respondent, v. INGRAHAM, Appellant. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by Jules P. Storm against D. Phœnix Ingraham. G. E. Morgan, for appellant. T. A. Keppler, for respondent. No opinion. Determination affirmed, with costs. Order filed.

STOWELL, Respondent, v. MEACHAM, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 2, 1908.) Action by Robert A. Stowell against Linus D. Meacham, Jr. No opinion. Judgment and order affirmed, with costs.

STRAUS et al. v. AMERICAN PUBLISHERS' CO. (Supreme Court, Appellate Division, First Department. November 27, 1908.) Action by Isidor Straus and another against the American Publishers' Company. No opinion. Motion granted. Order filed.

STRAUSS, Respondent, v. THOMAN, Appellant. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by Josephine Strauss against Margaret Thoman. J. A. Delehanty, for appellant. M. Strassman, for respondent.
PER CURIAM. Determination (60 Misc. Rep. 72, 111 N. Y. Supp. 745) affirmed, with costs. Order filed.
LAUGHLIN, J., dissents.

SULLIVAN, Respondent, v. RICHMOND LIGHT & R. Co., Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by Florence Sullivan, an infant, by Daniel J. Sullivan, her guardian ad litem against the Richmond Light & Railroad Company. No opinion. Motion denied, without costs. See, also, 128 App. Div. 175, 112 N. Y. Supp. 648.

SWARTWOUT, Appellant, v. SCHEIDEBERG, Respondent. (Supreme Court, Appellate Division, First Department. November 20, 1908.) Action by Frank G. Swartwout against Herman Scheideberg. S. T. D. Jones, for appellant. M. R. Ryttenberg, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SWIFT, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by Garritt Swift against the Brooklyn Heights Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

TALLON, Appellant, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. November 20, 1908.) Proceeding by Joseph A. Tallon against the Board of Education of the city of New York. B. W. Gibson, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TAYLOR, Respondent, v. VAN NORDEN, Appellant. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by Charles E. Taylor against Warner Van Norden. J. M. Stoddard, for appellant. F. W. Park, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendants to withdraw demurrer and to answer on payment of costs. Order filed.

THALER et al. v. BLAUNER et al. (Supreme Court, Appellate Term. November 30, 1908.) Appeal from Municipal Court, Borough of Manhattan, Second District. Action by Jacob Thaler and Isaac Thaler against Julius Blauner and Isidor Blauner. Judgment for defendants, and plaintiffs appeal. Affirmed. B. Breitbart, for appellants. J. Wilkenfeld, for respondents.
PER CURIAM. Judgment affirmed, with costs.
MacLEAN, J. (dissenting). The complaint herein should have been dismissed, as the plaintiffs showed neither partnership nor joint right to recover. Furthermore, the judgment was rendered, according to the return, "in favor of the plaintiff and against the defendant." As the return discloses two plaintiffs and two defendants, the judgment should be reversed, and a new trial ordered, with costs to the respondents to abide the event.

THOMAS F. CUSHING CO., Respondent, v. HASTINGS, Appellant. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by the Thomas F. Cushing Company against James Hastings.. A. H. Seager, for appellant. M. Mackenzie, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

THOMPSON v. STANDARD FASHION CO. (Supreme Court, Appellate Division, First Department. November 27, 1908.) Action by Cora D. Thompson against the Standard Fashion Company. No opinion. Motion denied, with $10 costs. Order filed.

TONKONOGY et al., Respondents, v. FUCHS et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by George Tonkonogy and another against David Fuchs and others. No opinion. Motion denied, without costs.

TOWN OF BLEECKER, Respondent, v. BALJE, Appellant. (Supreme Court, Appellate Division, Third Department. November